# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

February 16, 2010

Michael Jeanes, Clerk
Maricopa County Superior Court
201 West Jefferson
Phoenix, Arizona 85003-2205

**RE:   Remanded to Maricopa County Superior Court**

   District Court Case Number: CV 10-129-PHX-GMS Federal Home Loan Mortgage Corp. v. Felipe Gonzalez , et al.
   Superior Court Number: CV 2009-028776

Dear Mr. Jeanes:

Enclosed is a certified copy of the Order entered in this Court on February 16, 2010, remanding the above case to Maricopa County Superior Court for the State of Arizona.

   Sincerely,

   RICHARD H. WEARE
   District Court Executive/Clerk

   s/ Sally Turner
   By: Deputy Clerk

Enclosure
cc:   All Counsel of Record
   Civil Court Administrator

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*