___ FILED        ___ LODGED
___ RECEIVED     ___ COPY

FEB 1 6 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY                    Z  DEPUTY

**Felipe Gonzalez**
**2015 North 24th Place**
**Phoenix, Arizona 85008**

**Phone: 602-252-0451**
**In Propria Persona**

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORP., | ) Case No. CV 10-129-PHX-GMS |
| | ) |
| Plaintiff | ) **NOTICE OF FILING CHAPTER 13** |
| V. | ) **BANKRUPTCY** |
| | ) |
| FELIPE GONZALEZ AND JOHN DOE OCCUPANT 1-5 AND JANE DOE OCCUPANT 1-5, | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

NOTICE IS HEREBY given that, I, Felipe Gonzalez have filed a Chapter 13 petition in

bankruptcy on February 1, 2010, case number 2:10-bk-02566-CGC.

RESPECTFULLY submitted this _16_ day of February, 2010.


_____
Felipe Gonzalez
*In Propria Persona*

# CERTIFICATE OF SERVICE

__X__  I hereby certify that on February 16, 2010, a true copy of the foregoing Consent was

mailed on all parties of record in this case:

Mark S. Bosco
Leonard J. McDonald
Tiffany & Bosco, PA
2525 E. Camelback Rd., Suite 300
Phoenix, AZ 85016
Attorneys for Plaintiff

FELIPE GONZALEZ

2